| | |
|---|---|
| 1 | JONATHAN O. PENA, ESQ. |
| | CA Bar ID No. 278044 |
| 2 | Peña & Bromberg, PLC |
| | 2440 Tulare St., Suite 320 |
| 3 | Fresno, CA 93721 |
| | Telephone: 559-412-5390 |
| 4 | Fax: 866-282-6709 |
| 5 | info@jonathanpena.com |
| | Attorney for Plaintiff |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Salvador Trevino, | ) | Case No. 1:19-cv-01632-EPG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| | ) | |
| vs. | ) | (ECF No. 11) |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 04/16/2020 to 05/16/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 10, 2020        PENA & BROMBERG, ATTORNEYS AT LAW

1

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: April 10, 2020

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: **/s/ Marcelo N. Illarmo*
    Marcelo N. Illarmo
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on 04/10/2020)

# ORDER

Pursuant to the stipulation of the parties (ECF No. 11), and finding good cause exists,

IT IS ORDERED that Plaintiff shall serve Defendant with Plaintiff's Letter Brief no later than May 16, 2020. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **April 10, 2020**

/s/ Erin P. Grosj

UNITED STATES MAGISTRATE JUDGE