JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Salvador   Trevino,<br><br>             Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No. 1:19-CV-01632<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 15) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 20,2020 to August 19, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF . All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time but first request for this task, the OPENING BRIEF. Good cause exists for this request.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Additionally, the week of 7/12/2020, Plaintiff's Counsel has 2 Federal Court Oral hearings, 19 administrative hearings, 20 Pre-hearing appointments with the claimant 7 letter briefs, 3 Opening briefs, 4 Reply briefs and 1 Motion for Summary Judgement due. The week of 05/31/2020, Plaintiff's Counsel

1 | had 23 administrative hearings, 1 hearing preparation appointments with claimant, 1 reply brief, 1
2 | motion for summary judgement and 4 opening briefs. The week of 7/19/2020, Plaintiff's Counsel
3 | had 25 administrative hearings, 2 reply brief, 2 letter brief and 12 opening briefs due. Each of the
4 | administrative hearings also requires administrative hearing briefs with a full summary of the
5 | medical records and legal arguments.

6     Defendant does not oppose the requested extension. Counsel apologizes to the
7 | Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 9, 2020                PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: July 9, 2020                MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By:  **/s/ Marcelo N. Illarmo*
    Marcelo N. Illarmo
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on July 9, 2020)

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 15), Plaintiff is granted an extension of time, to August 19, 2020, to file an opening brief. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:  **July 10, 2020**                        /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE