McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR TREVINO JR., <br><br>    Plaintiff, <br><br>    v. <br><br>ANDREW SAUL, <br>Commissioner of Social Security, <br><br>    Defendant. | Case No.: 1:19-cv-01632-EPG <br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME <br><br>(ECF No. 22) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from September 20, 2020 to October 20, 2020.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel needs additional time due to his current workload, including another district court brief due on September 20, 2020. In addition, counsel will be on medical leave from August 31 through September 2, and September 14 through September 15.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly:

- Defendant shall respond to Plaintiff's opening brief on or before October 20, 2020;
- Plaintiff's optional reply will be due within 15 days of the filing of Defendant's brief (on or before November 4, 2020).

Respectfully submitted,

Dated: September 11, 2020        */s/ Jonathan O. Pena*\*
(*as authorized via e-mail on 9/10/20)
JONATHAN O. PENA
Attorney for Plaintiff

Dated:  September 11, 2020        McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to the stipulation of the parties (ECF No. 22) and as set forth above, IT IS ORDERED that Defendant's response to Plaintiff's opening brief shall be filed on or before October 20, 2020, and that Plaintiff's reply brief, if any, shall be filed within 15 days of the filing of Defendant's response brief.

IT IS SO ORDERED.

Dated:   **September 11, 2020**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE